IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

v.

DAVID R. BOBO,

   Defendant.

CRIMINAL FILE NO.

1:06-CR-172-2-TWT

## OPINION AND ORDER

This is a criminal action.   It is before the Court on the Report and Recommendation [Doc. 413] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment For Failure To State Offenses [Doc. 306], the Report and Recommendation [Doc. 414] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Counts [Doc. 307], the Report and Recommendation [Doc. 417] of the Magistrate Judge recommending denying the Defendant's Motion to Dismiss Indictment Based on a Defect in Instituting the Prosecution [Doc. 324], and the Report and Recommendation [Doc. 421] of the Magistrate Judge recommending denying the Defendant's Motion for Return of Property and Motion to Suppress [Doc. 370].   The motions are all totally without merit and never should have been filed.   The Objections to the Reports and

Recommendations are frivolous.  The Court approves and adopts the Reports and Recommendations [Docs. 413, 414, 417 & 421]  as the judgment of the Court.  The Defendant's Motions  [Docs. 306, 307, 324 & 370] are DENIED.  Ms. Becker is hereby ordered to attach to her CJA voucher a schedule entitled "Frivolous Motions" and to itemize all of the time involved in preparing and filing these motions so that her compensation from public funds may be appropriately adjusted.

SO ORDERED, this 23 day of March, 2007.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge